IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**LEMONT HIBBERT,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　**Case No. 5:15cv15-MW/GRJ**

**SERGEANT HARRIS, et al.**

    **Defendants.**

_____/

### ORDER ACCEPTING AND ADOPTING
### REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 40. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Defendant's motion to dismiss, ECF No. 33, is **GRANTED** for failure to exhaust administrative remedies and failure to state a claim. This case is **DISMISSED** for failure to prosecute and failure to comply with an order of the Court." The Clerk shall close the file.

**SO ORDERED on July 27, 2016.**

                                                **s/Mark E. Walker            ____**
                                                **United States District Judge**